1  Sarah E. Harmon
   Nev. Bar No. 8106
2  Kelly B. Stout
   Nev. Bar No. 12105
3  Bailey❖Kennedy
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
   Telephone Number: (702) 562-8820
5  Fax Number:  (702) 562-8821
   SHarmon@BaileyKennedy.com
6  KStout@BaileyKennedy.com

7  *Attorneys for Defendant*
   National Fire & Marine
8  Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA, MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK , <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL FIRE & MARINE INSURANCE COMPANY and DOES 1 through 20, inclusively, <br><br> Defendant. | Docket No. 2:12-cv-01186-JAD-CWH |

**STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Assurance Company of America, Maryland Casualty Company, and Northern Insurance Company of New York (the "Zurich Parties"), by and through their counsel, Morales Fierro & Reeves, and

Defendant National Fire & Marine Insurance Company ("National Fire"), by and through its counsel, Bailey❖Kennedy, LLP, hereby stipulate and agree as follows:

1. The Parties made and entered into a Settlement Agreement and Release which was fully executed as of November 20, 2013.

2. In accordance with the terms of the Release, the Parties hereby jointly request that this Court order the above-referenced action be dismissed, with prejudice, in its entirety, except that this Court shall retain jurisdiction over the above-referenced action and all of the Parties therein for the sole purpose of administering the completion of the Parties' settlement as provided in the Release.

3. All pending motions are denied as moot and all hearings/status conferences scheduled before this Court are hereby vacated.

4. All Parties shall bear their own costs and attorney's fees.

DATED this 20th day of November, 2013.

| BAILEY❖KENNEDY | MORALES FIERRO & REEVES |
|---|---|
| By: /s/ Sarah E. Harmon<br>Sarah E. Harmon<br>Kelly B. Stout<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Defendant National Fire & Marine Insurance Company* | By: /s/ William C. Reeves<br>William C. Reeves<br>725 South Eighth Street, Suite B<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiffs Assurance Company of America, Maryland Casualty Company, and Northern Insurance Company of New York* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 20, 2013.